IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:16-CR-15 |
| -vs- | : | MICHAEL J. NEWMAN |
| | | United States Magistrate Judge |
| ADAM LONG, | : | |
| Defendant. | : | GOVERNMENT'S MOTION FOR DISMISSAL WITH PREJUDICE |

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case, with prejudice. Defendant has successfully completed the terms of his Pretrial Diversion.

Respectfully submitted,

Granted,
MN
1/16/18

Signed – jm –12 Jan 18
JULIENNE MCCAMMON (MD 9103050001)
Special Assistant U.S. Attorney
88 ABW/JA
5135 Pearson Road
WPAFB, OH 45433-5321
(937) 904-2169

CERTIFICATE OF SERVICE

I certify that a copy of the above Motion to Dismiss was electronically filed on the 12th of January 2018 and that Defense Counsel of Record, Jay Adams, was notified of this Motion through CM/ECF.

Signed – jm – 12 Jan 18